IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ADRIAN D. LIVINGSTON,**

    **Plaintiff,**

    v.           CASE NO. 23-3032-JWL

**UNIFIED GOVERNMENT
OF WYANDOTTE COUNTY, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on a Motion for Leave to File an Amended Complaint (Doc. 19) filed by Plaintiff. However, this action has been dismissed. *See* Memorandum and Order, Doc. 15, and Judgment, Doc. 16, July 17, 2023. "Before amending a complaint after its dismissal, a plaintiff must first successfully move to reopen his case under Rule 59(e) or Rule 60(b)." *Pemberton v. Patton*, 757 F. App'x 689, 691–92 (10th Cir. 2018), citing *see Calderon v. Kan. Dep't of Soc. & Rehab. Servs.*, 181 F.3d 1180, 1185 (10th Cir. 1999); *Glenn v. First Nat'l Bank in Grand Junction*, 868 F.2d 368, 371 (10th Cir. 1989). Because Plaintiff has not filed a motion for reconsideration and his case remains closed, his request to file an amended complaint is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 19) is **denied**.

**IT IS SO ORDERED.**

DATED: This 15th day of August, 2023, at Kansas City, Kansas.

                           S/ John W. Lungstrum
                           JOHN W. LUNGSTRUM
                           UNITED STATES DISTRICT JUDGE