## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**ADRIAN D. LIVINGSTON,**

     **Plaintiff,**

     v.                     **CASE NO.  23-3032-JWL**

**UNIFIED GOVERNMENT**
**OF WYANDOTTE COUNTY, et al.,**

     **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983.  Plaintiff is incarcerated at the Norton Correctional Facility in Norton, Kansas.  He was granted leave to proceed in forma pauperis.  On September 1, 2023, 2023, the Court entered a Memorandum and Order (Doc. 27) ("M&O") granting in part Plaintiff's motion to reconsider dismissal of this case and ordering service of some defendants.

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Doc. 34).  Plaintiff states that he seeks to file an amended complaint that includes only the claims reopened by the Court in the M&O, and he seeks to add two defendants.  However, while Plaintiff describes the changes he plans to make, he has not attached a proposed amended complaint.  Local Rule 15.1 provides that a party filing a motion to amend must attach the proposed pleading.  D. Kan. R. 15.1(a)(2).  Moreover, to change defendants, a plaintiff must submit a complete amended complaint.  *See* Fed. R. Civ. P. 15.

The Court reminds Plaintiff that an amended complaint is not simply an addendum to the original complaint and instead completely supersedes it.  It follows that Plaintiff may not simply

refer to the original Complaint.  The proposed amended complaint should include his remaining claims and all defendants.

Because Plaintiff has not submitted a complete amended complaint on the court-approved form, the Court denies Plaintiff's motion to amend at this time.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Leave to Amend Complaint (Doc. 34) is **denied** without prejudice.  Plaintiff is instructed to refile his motion with his proposed amended complaint attached.

The clerk is directed to send § 1983 forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

**DATED:  This 20th day of September, 2023, at Kansas City, Kansas.**

**S/  John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**