# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ADRIAN LIVINGSTON,

    *Plaintiff,*

vs.

UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY/KANSAS CITY
KANSAS et al.,

    *Defendants.*

Case No. 23-3032-EFM-BGS

## ORDER

On January 24, 2024, Magistrate Judge Severson issued a Report and Recommendation (Doc. 85) that Plaintiff's claims against Defendant Tracy McCullough be dismissed without prejudice for failure to effectuate service in the time provided for in Fed. R. Civ. P. 4(m). Plaintiff was given 14 days after service of a copy of the proposed findings and recommendations to file written objections. A copy of the Report and Recommendation was served on Plaintiff via certified mail to his address of record. The Certified Mail Receipt was signed for on January 29, 2024, and returned to the Court.

Over 14 days have passed, and no objections have been filed. Moreover, the Court has reviewed the Report and Recommendation and finds that it should be adopted by the Court as its ruling.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Tracy McCullough are dismissed without prejudice, pursuant to the Report and Recommendation, Doc. 85, which the Court adopts as its own Memorandum and Order.

**IT IS SO ORDERED**.

Dated this 26th day of April, 2024.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE