Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Adrian D. Livingston
    Plaintiff

v.                                   Case No. 23-3032-EFM-BGS

Unified Government of
Wyandotte County, et al.,


State of Kansas      )
                     )       Affidavit of Adrian Livingston
County of Norton     )


Affidavit in Support of Objection

    I, Adrian D. Livingston, first being duly sworn is of lawful age and competent to testify to the contents herein. Is an inmate at Norton Correctional Facility in Norton, Kansas. To the best of my personal knowledge and belief. I attest to the herein facts truthfully under the penalty of perjury.

The following is in support of my request for the disclosure of the information and documents requested in this objection. To show that they are material and relevant in presenting my case in, Docs 90, 91. These documents will be admissible as trial evidence.

The Kiosk and I.C.F. information requested in Doc 68 ¶ 14. Will show the inquiries I made to staff about my detainer. That I informed them that my detainer expired and inquired about the amount of my bond. It would demonstrate that staff had enough information before 9-21-2021, to take inference from for someone to intervene to correct the error in the Bluhorse system, had it been investigated which could have resulted in no detainer showing active on 9-21-2021 and resulting in me being able to post bail.

The Kiosk and I.C.F. information will aid me with evidentiary support in showing deliberate indifference, addressing the validity of the defendants' qualified immunity assertions and the following in Docs 90, 91: Doc 90 ¶ 47, 55-56, 60-61, 63-64, 83, 87, 92-94, 101, 111, 114; Doc 90 Exhibit 1 ¶ 16, 18, 21-22; Doc 91 ¶ 28, 32-33, 53-54, 59, 62, 67, 76; Doc 91 Exhibit 1 ¶ 29, 32-33, 43, 50; Doc 79 P.S.C. ¶ 14-15, 19-20, 30, 32-33, 39-40; Doc 79 P.S.C. Exhibit 1 at 8.

The 9-21-2021, document, information or screenshot from the Bluhorse system, that the Deputies took inference from

at Docs 54 at 3 ¶ 4; 63 at 3 ¶ 3. That I requested in, Doc 68 ¶ 14, Exhibit 1 ¶ 3. will confirm my claim that there was no detainer pending, aiding me with evidentiary support in Docs 90, 91 at: Doc 90 ¶ 39, 60-61, 93-94, 98, 101, 115, Doc 90 Exhibit 1 ¶ 14; Doc 91 ¶ 49, 52, 76, Doc 91 Exhibit 1 ¶ 27, 36, 39, 47; Doc 79 P.S.C. ¶ 9

By disclosing the content of Florez's and Kelley's detainer additions and updates on 8-13-2020, 10-2-2020, 12-2-2020 and 9-23-2021. will suffice as evidentiary support that a lack of training or deliberate indifference in removing the detainers from the Bluhorse system. Became the moving force and proximate cause behind the unconstitutional breakdown in policy C-110's Bluhorse system at: Doc 90 ¶ 39, 54-56, 60-61, 80, 83, 92, 101, 111, 114-115, Doc 90 Exhibit 1 ¶ 14; Doc 91 ¶ 59, 67, 76 Doc 91 Exhibit 1 ¶ 31, 36-40, 48-49; Doc 79 P.S.C. ¶ 5, 9, 12, 15, 18, 21, 29, 34, 38-40, Doc 79 P.S.C. Exhibit 1 ¶ 7, 9.

Sign before me
on July 5, 2024

*[Notary signature]*

Notary Public - State of Kansas
01-03-2028

Affiant
*Adrian Livingston [signature]*
Adrian Livingston #60787
N.C.F. P.O. Box 546
Norton, KS. 67654

1 of 3

Certificate of Service

I certify under the penalty of perjury, on this 05 day of July 2024. That this Request for Admissions is true and correct was e-filed to the court clerk and a copy sent via U.S. mail to:

John Cole
701 N. 7th St. 2th Floor
Kansas City, KS. 66101

Sworn before me on July 5, 2024

[Signature]

VAN PATY
Notary Public - State of Kansas
My Appt. Expires 01-03-28

Respectfully submitted
[Signature]
Adrian Livingston #60787
N.C.F. P.O. Box 546
Norton, KS. 67654
7-5-2024

1 of 1