IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Adrian Livingston

    Plaintiff

v.                                                         Case No. 23-3032-EFM-BGS

Unified Government of
Wyandotte County, et. al.,

    Defendant

### Motion To Alter or Amend Judgment Pursuant To Fed. R. Civ. P. Rule 59(e)

Comes Now, the Plaintiff, Adrian Livingston, pro se, motions this court pursuant to Fed. R. Civ. P. Rule 59(e); To set aside the judgment granting summary judgment to Defendants the Unified Government, Donald Ash, Charles Patrick, David Thaxton and Dwight Buxton, on September 5, 2024, To reconsider the issues on the merits stated herein and memorandum in support and alter the judgment to deny summary judgment.

### Grounds For Relief

1. Plaintiff seeks reconsideration on the grounds to correct the error in the misapprehension of the facts and law, and to prevent a manifest injustice. Servants of the Paraclete v Does, 204 F3d 1005, 1012 (10th Cir 2000).

## Conclusion

Wherefore, the Plaintiff implore that the court will reconsider its findings to prevent a manifest injustice.

Respectfully submitted

*Adrian Livingston*

Adrian Livingston #60787

N.C.F. P.O. Box 546

Norton, KS. 67654

10-3-2024

Certificate of Service

I hereby certify under the penalty of perjury that the herein mentioned is true and correct. It was e-filed on this 3rd day of October 2024 and a copy sent via U.S. mail to Q]ont Cole, 701 N. 7th St. 9th Floor, Kansas City, KS. 66101

Respectfully Submitted

*Adrian Livingston*

Adrian Livingston #60787

N.C.F. P.O. Box 546

Norton, KS. 67654

Signed before me on Oct. 3, 2024.

LORI VAN EATON
Notary Public - State of Kansas
My Appt. Expires 01-03-2028